JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WING LEE, | Case No. 5:25-cv-02312-CAS (MAR) |
| Petitioner, | |
| v. | JUDGMENT |
| KRISTI NOEM, et al., | |
| Respondents. | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge, **IT IS HEREBY ADJUDGED** that this Petition is **GRANTED**. Respondent is to release Petitioner from custody forthwith.

Dated: November 3, 2025

_____
HONORABLE CHRISTINA A. SNYDER
United States District Judge